IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL FILE NO. 1:06-CR-411-TWT |
| JAYSON DEMARKO STEVENS, Defendant. | |

## OPINION AND ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending granting the Defendant's Motion to Suppress [Doc. 12]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 12] is GRANTED.

SO ORDERED, this 22 day of January, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge